

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-13-00805-CR

Style: Rodney Carnell Mays v. The State of Texas

Date motion filed*: December 10, 2014

Type of motion: Third Motion for Extension of Time to File Reporter's Record

Party filing motion: Court reporter

Document to be filed: Reporter's Record

Is appeal accelerated? No

If motion to extend time:

Original due date: November 4, 2013

Number of extensions granted: 2     Current Due Date: November 25, 2014

Date Requested: December 18, 2014

Ordered that motion is:

☑ Granted

If document is to be filed, document due: December 18, 2014

☑ No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: _____

**After we abated this case, the trial court held a hearing on October 8, 2014, and found appellant to now be indigent for purposes of a reporter's record. Accordingly, the reporter's third motion for an extension of time to file the reporter's record, construed as her second after the appellant was found indigent, is granted, but no further extensions will be granted. The reporter's record is to be filed no later than December 18, 2014.**

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually     ☐ Acting for the Court

Date: December 16, 2014

November 7, 2008 Revision